IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |
|---|---|
| THE ESTATE OF TRINA L. CUNNINGHAM, *et al.* | * |
| Plaintiffs, | * |
| v. | * Case No.: 1:22-CV-00141-LKG |
| MAYOR & CITY COUNCIL OF BALTIMORE, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS

The parties hereto, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) and 41(a)(1)(A)(ii), hereby stipulate to the dismissal without prejudice of Plaintiffs' direct claims and any cross-claims asserted against the following:

> Foley Material Handling Co. Inc.,
> Virginia Crane,
> Demag Cranes & Components, Corp.,
> Peiner USA, Inc., aka SMAG,
> SEW-Eurodrive, Inc.,
> Columbus McKinnon, Corp.,
> Magnetek, Inc.,
> Electromotive Systems, Inc.,
> Aero-Motive Company, sued as "Aero-Motive Manufacturing Co.",
> R&M Materials Handling, Inc.,
> Sievert Electric Service And Sales Company,
> Budgit Hoist,

Each party will bear its own costs.

Respectfully submitted,

**/s/ Roland D. Brooks, Esq.**
Roland D. Brooks, Esq.
200 East Lexington Street
Suite 1111

Baltimore, MD 21202
410 528 9751
dbalaw@gmail.com
*Attorney for Plaintiffs*

**/s/ Randy Evan McDonald, Esq**
Randy Evan McDonald, Esq.
1001 L Street, SE
Washington, DC 200003
240 491 7609
randymcdonald@gmail.com
*Attorney for Plaintiffs*

**/s/ Thomas Webb, Esq.**
Thomas Webb, Esq.
Baltimore City Department of Law
100 N. Holliday Street
Suite 101
Baltimore, Maryland 21202
410 396 5784
Tom.Webb@baltimorecity.gov
*Attorney for Mayor and City Council of Baltimore, Baltimore City Department of Public Works, Jason Mitchell, Michael Hallman, Yosef Kebede, Michael Gallagher, and Neal Jackson*

**/s/ Jonathan C. Shoemaker, Esq.**
Jonathan C. Shoemaker, Esq.
Dalton E. Patterson, Esq.
Lee & Shoemaker, PLLC
1400 I Street NW
Suite 200
Washington, DC 20005
202 971 9401
jcs@leeshoemaker.com
dep@leeshoemaker.com
*Attorney for Gannett Fleming, Inc.*

**/s/ Stephen S. McCloskey, Esq.**
Stephen S. McCloskey, Esq.
Matthew J McCloskey, Esq.
Semmes, Bowen & Semmes
25 S. Charles Street
Suite 1400
Baltimore, Maryland 21201
410 576 4842
mmccloskey@semmes.com
smccloskey@semmes.com
*Attorney for Poole & Kent Corporation*

**/s/ John A. Rego, Esq.**
John A. Rego, Esq.

Ciprianai & Werner, PC
6411 Ivy Lane
Suite 600
Greenbelt, Maryland 20770
410 420 0700
JRego@c-wlaw.com
*Attorney for Crane 1 Services, Inc.*


*/s/ Paul M. Finamore, Esq.*
Paul M. Finamore, Esq.
John L. Doran, Esq.
Pessin Katz Law, PA
10500 Little Patuxent Parkway
Suite 650
Columbia, Maryland 21044
410 740 3170
pfinamore@pklaw.com
jdoran@pklaw.com
*Attorney for Ohio Grating, Inc.*


*/s/ Victoria M. Shearer, Esq.*
Victoria M. Shearer, Esq.
Eccleston & Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, Maryland 21076
410 752 7474
shearer@ewmd.com
*Attorney for Freeland Hoist & Crane, Inc.*


/*s/ Paul A. Sanders, Esq.*
Paul A. Sanders, Esq.
Barclay Damon
2000 Five Star Bank Plaza
100 Chestnut St.
Rochester, NY 14604
585 295 4426
PSanders@barclaydamon.com
**and**
Scott H. Phillips, Esq.
Franklin & Prokopik, P.C.
2 N. Charles St.
Ste. 600
410 230 3576
Baltimore, MD 21201
sphillips@fandpnet.com
*Attorney for Columbus McKinnon Corp., Magnetek, Inc., Electromotive Systems, Inc., Seivert Electric Service and Sales Company and Budgit Hoist*

*/s/ Rodger O. Robertson, Esq.*
Rodger O. Robertson, Esq.
Law Offices of Joseph M. Jagielski
(If by Mail: P. O. Box 2903
Hartford, CT 06104-2903)
443 358 2306
rorobert@travelers.com
*Attorney for Foley Material Handling Co., Inc. a/k/a Virginia Crane*

**/s/** *Merideth Snow Daly, Esq.*
Merideth Snow Daly, Esq.
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
804 788 8645
mdaly@hunton.com
*Attorney for Aero-Motive Company.*


*/s/F. Ford Loker, Esq*
F. Ford Loker (Bar No. 00009)
Glenn A. Gordon (Bar No. 13690)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Phone: (410) 727-6464
floker@milesstockbridge.com
ggordon@milesstockbridge.com
*Attorneys for Defendant R&M Materials Handling, Inc. and Demag Cranes & Components, Inc.*


*/s/ Joan D. Daly, Esq.*
Joan D. Daly, Esq.
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
One Penn Center
1617 John F. Kennedy Blvd., Suite 1010
Philadelphia, PA 19103
215 564 6688
jdaly@moodklaw.com
**and**
Jacob L. White
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
600 Baltimore Avenue, Suite 305
Towson, MD 21204
215 564 6688
jwhite@moodklaw.com
*Attorneys for Sew-Eurodrive, Inc.*

## **CERTICATE OF SERVICE**

**I HEREBY CERTIFY** that on this  14th  day of June, 2022, a copy of the foregoing was filed electronically through the CM/ECF System.

**/s/ Randy Evan McDonald, Esq**
Randy Evan McDonald, Esq.